IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

PATRICK D. MARTIN,                    :

    Plaintiff,                    :

vs.                                   :       CA 13-0274-KD-C

INGALLS SHIPBUILDING,                 :

    Defendant.

## ORDER

After due and proper consideration of all issues raised, and a *de novo* determination of those portions of the recommendation to which objection is made, the report and recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated September 4, 2013, is **ADOPTED** as the opinion of this Court.

Accordingly, this action is transferred to the United States District Court for the Southern District of Mississippi, Southern Division.

**DONE** this 24th day of September 2013.

                                      s/ Kristi K. DuBose
                                      **KRISTI K. DuBOSE**
                                      **UNITED STATES DISTRICT JUDGE**